IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RACHEL BUTRIM,** *et al* | * |
| **Plaintiffs** | * |
| v. | *   Civil Action No.: 1:25-cv-00796-MJM |
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * |
| | * |
| **Defendant** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**UPON CONSIDERATION** of the Consent Motion to Extend Time to Responsive Pleading to Defendant Mayor and City Council of Baltimore's Motion to Dismiss, and any and all oppositions filed thereto, it is hereby

**ORDERED,** that the Consent Motion to Extend Time be and hereby is **GRANTED**; and it is further

**ORDERED,** that Plaintiffs file their responsive pleading to [ECF 11] Defendant's Motion to Dismiss up through and until May 12, 2025; and it is further

**ORDERED,** that Defendant file its reply to Plaintiff's responsive pleading to the Motion to Dismiss up through and until June 2, 2025.

**Date:** 5/13/25

/S/
JUDGE MATTHEW J. MADDOX
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

**cc:**     **All Counsel of Record**