# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| RACHEL BUTRIM, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civ. No. MJM-25-796 |
| v. | * | |
| | * | |
| MAYOR AND CITY COUNCIL | * | |
| OF BALTIMORE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this __20th__ day of February, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion to Dismiss is GRANTED;

2. The Complaint is DISMISSED WITHOUT PREJUDICE;

3. Plaintiffs SHALL FILE any motion for leave to file an amended complaint no later than **March 16, 2026**.

_____/S/_____

Matthew J. Maddox
United States District Judge
