IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RACHEL BUTRIM,** *et al* | * |
| **Plaintiffs** | * |
| v. | *   Civil Action No.: 1:25-cv-00796-MJM |
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * |
| | * |
| **Defendant** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs, Rachel Butrim, Individually as the Surviving Spouse and as Personal Representative of the Estate of Paul Butrim; Paisley Butrim, Individually as the Surviving Daughter of Paul Butrim; Lacey Marion, as Personal Representative of the Estate of Kelsey Sadler; Brandon Sadler, Individually, as the Surviving Spouse of Kelsey Sadler; Jerry Norman, Individually as the Surviving Father of Kelsey Sadler; Gloria Lacayo, Individually as the Surviving Mother and as Personal Representative of the Estate of Kenneth Lacayo; and John McMaster, by their undersigned counsel, respectfully move the Court, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and this Court's Order (ECF 20) for leave to file an Amended Complaint, a copy of which is attached hereto as **EXHIBIT A**. The Amended Complaint maintains the allegations against the same Defendant but will include Affidavits, obtained since the original complaint was filed, that contain significant factual confirmation of the Plaintiffs' claims; therefore, the Plaintiffs state in support:

1. On February 20, 2026, this Court issued an Order (ECF 20) stating "Plaintiffs SHALL FILE any motion for leave to file an amended complaint no later than **March 16, 2026**."

2.	Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, "leave [to amend] shall be freely given when justice so requires." Indeed, Rule 15(a) is interpreted as "strongly favor[ing] granting to leave to amend." *Medigen of Ky., Inc. v. Public Serv. Comm'n,* 985 F.2d 164, 165-66 (4th Cir. 1993). In the usual case, leave to amend shall be granted unless the parties seeking leave to amend have acted with undue delay and/or prejudice to the opposing party will result. *See, e.g., Wildauer v. Frederick County,* 993 F.2d 369 (4th Cir. 1993; *Deasy v. Hill,* 833 F.2d 38 (4th Cir. 1987), *cert. denied,* 485 U.S. 977 (1988).

3.	In the case at bar, Plaintiffs have acted without undue delay pursuant to the Court's Order (ECF 20).

4.	Further Defendant will not be prejudiced should leave to amend be granted.

5.	This Court's jurisdiction is not affected by this amendment.

6.	A copy of the Amended Complaint identifying the changes Plaintiffs wish to make is attached hereto as **EXHIBIT A.**

**WHEREFORE,** for the reasons stated herein, Plaintiffs respectfully request that this Court issue an order (1) granting Plaintiffs leave to file an amended complaint; and (2) ordering that Plaintiffs' Amended Complaint, the original of which was attached as **Exhibit A** to the Plaintiffs' Motion for Leave to Amend, shall be deemed filed as of the date of the entry of this Order.

Respectfully submitted,

Dated: ___March 4, 2026___  _____
**Allen E. Honick, Esquire, #19822**
**Dustin C. Furman, #19986**
**FURMAN | HONICK LAW**
10045 Red Run Boulevard, Suite 170
Owings Mills, Maryland 21117
(410) 844-6000 – Office
(410) 705-5651 – Facsimile
allen@fhjustice.com
dustin@fhjustice.com
***Counsel for Plaintiffs***

| | |
|---|---|
|    */s/ Kevin Stern* |    */s/ Kenneth Berman* |
| **Kevin Stern, #29869** | **Kenneth Berman, #08529** |
| **Daniel Miller, #29862** | **BERMAN, SOBIN, GROSS, LLP** |
| **MILLER STERN LAWYERS, LLC** | 481 N. Frederick Avenue, Suite 300 |
| 2800 Quarry Lake Drive, Suite 280 | Gaithersburg, MD 20877 |
| Baltimore, MD 21209 | (301) 670-7030 – Office |
| (410) 529-3476 – Office | (301) 670-9492 -Facsimile |
| (410) 529-2450 – Facsimile | kberman@bsglaw.com |
| kevin@millersternlawyers.com | *Counsel for Plaintiffs* |
| dan@millersternlawyers.com | |
| *Counsel for Plaintiffs* | |

**CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on the 4th day of March, 2026, a copy of the foregoing *Plaintiffs' Motion for Leave to File Amended Complaint* has been forwarded via the Court's ECF system to:

> **Hanna Marie C. Sheehan, #19531**
> **Chief Solicitor**
> **BALTIMORE CITY DEPARTMENT OF LAW**
> 100 N. Holliday Street
> Baltimore, Maryland 21202
> (410) 396-4431 – Office
> (410) 547-1025 – Facsimile
> hanna.sheehan@baltimorecity.gov
> *Counsel for Defendant, Mayor and*
>   *City Council of Baltimore*

    **Allen E. Honick, Esquire, #19822**