**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **RACHEL BUTRIM,** *et al.* | * |
| *Plaintiffs* | * |
| | * |
| **v.** | * |
| **MAYOR AND CITY COUNCIL** | *   Civil Action No.: 1:25-cv-00796-MJM |
| **OF BALTIMORE** | * |
| *Defendant* | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**LINE REGARDING PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT**

Due to a clerical error, Plaintiffs hereby withdraw Exhibit A (ECF 21-1) from their Motion for Leave to File Amended Complaint, and replace said Exhibit with the properly Amended Complaint submitted as an exhibit to Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Leave to File Amended Complaint, and attached hereto as **EXHIBIT 1**.

Respectfully submitted,

Dated:     March 25, 2026

**Allen E. Honick, #19822**
**Dustin C. Furman, #19986**
**FURMAN | HONICK LAW**
10045 Red Run Boulevard, Suite 170
Owings Mills, Maryland 21117
(410) 844-6000 – Office
(410) 705-5651 – Facsimile
allen@fhjustice.com
dustin@fhjustice.com
***Counsel for Plaintiffs***

_/s/ Kevin Stern_ _/s/ Kenneth Berman_

| | |
|---|---|
| **Kevin Stern, #29869** | **Kenneth Berman, #08529** |
| **Daniel Miller, #29862** | **BERMAN, SOBIN, GROSS, LLP** |
| **MILLER STERN LAWYERS, LLC** | 481 N. Frederick Avenue, Suite 300 |
| 2800 Quarry Lake Drive, Suite 280 | Gaithersburg, MD 20877 |
| Baltimore, MD 21209 | (301) 670-7030 – Office |
| (410) 529-3476 – Office | (301) 670-9492 -Facsimile |
| (410) 529-2450 – Facsimile | kberman@bsglaw.com |
| kevin@millersternlawyers.com | *Counsel for Plaintiffs* |
| dan@millersternlawyers.com | |
| *Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of March 2026, a copy of the foregoing *Line Regarding Plaintiffs' Motion for Leave to File Amended Complaint* has been forwarded via the Court's ECF system to:

> **Hanna Marie C. Sheehan, #19531**
> **Chief Solicitor**
> **BALTIMORE CITY DEPARTMENT OF LAW**
> 100 N. Holliday Street
> Baltimore, Maryland 21202
> (410) 396-4431 – Office
> (410) 547-1025 – Facsimile
> hanna.sheehan@baltimorecity.gov
> *Counsel for Defendant, Mayor and*
>   *City Council of Baltimore*

**Allen E. Honick, #19822**