**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **RACHEL BUTRIM et al.** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **V.** | * | |
| | * | **CIVIL NO. 1:25-cv-00796-MJM** |
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | |
| | * | |
| | * | |
| **Defendant** | * | |

*****************************************************************************

**MAYOR AND CITY COUNCIL OF BALTIMORE'S MOTION TO DISMISS**

Defendant the Mayor and City Council of Baltimore, by and through its undersigned counsel and pursuant to Federal Rule 12(b)(6), respectfully moves this Honorable Court to dismiss the Amended Complaint against it with prejudice and without leave to amend, for the reasons set forth in the accompanying Memorandum of Law.

Dated: August 24, 2026

Respectfully submitted,

EBONY M. THOMPSON
City Solicitor

/s/ *Hanna Marie C. Sheehan*

HANNA MARIE C. SHEEHAN (#19531)
Chief Solicitor
Baltimore City Law Department
100 Holliday Street, Suite 101
Baltimore, Maryland 21202
Phone: 410-396-4431
Fax: 410-547-1025
Hanna.Sheehan@baltimorecity.gov
*Counsel for Defendant Mayor and City Council of Baltimore*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2026 the foregoing Motion to Dismiss Plaintiffs' Amended Complaint, Memorandum of Law in Support of the City's Motion to Dismiss, and Proposed Order were filed in accordance with the Electronic Filing Requirements and Procedures, as established by the United States District Court for the District of Maryland. It was served on all parties of record via the CM/ECF system.

/s/ *Hanna Marie C. Sheehan*
HANNA MARIE C. SHEEHAN (#19531)
Chief Solicitor