**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **RACHEL BUTRIM, et al.** | * | |
| | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **V.** | * | |
| | * | **CIVIL NO. 1:25-cv-00796-MJM** |
| **MAYOR AND CITY COUNCIL** | * | |
| **OF BALTIMORE** | * | |
| | * | |
| **Defendant** | * | |

*****************************************************************************

ORDER

Upon consideration of the Mayor and City Council of Baltimore's (the "City") Motion to Dismiss and any opposition thereto, it is this ____________ day of _________________, 2026, by the United States District for the District of Maryland, hereby ORDERED:

1. That the Motion is hereby GRANTED; and
2. That the Amended Complaint is hereby DISMISSED, with prejudice and without leave to amend.

IT IS SO ORDERED.

__________________________________

HON. MATTHEW J. MADDOX

UNITED STATES DISTRICT JUDGE